UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2052
_____

TRANSCONTINENTAL GAS PIPE LINE CO LLC,
Appellant

v.

PENNSYLVANIA ENVIRONMENTAL HEARING BOARD;
STEVEN C. BECKMAN; BERNARD A. LABUSKES, JR.; MICHELLE A.
COLEMAN; SARAH J. CLARK; CITIZENS FOR PENNSYLVANIA'S FUTURE;
DELAWARE RIVERKEEPER NETWORK; MAYA K. VAN ROSSUM

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,
Intervenor

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
No. 1-23-cv-00463
District Judge: Honorable Christopher C. Conner
_____

Argued: October 19, 2023
_____

Before: CHAGARES, *Chief Judge*, PHIPPS, and CHUNG, *Circuit Judges*.

_____

JUDGMENT
_____

This judgment is issued at the direction of the Court pursuant to Fed. R. App. P. 36(a)(2).

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on October 19, 2023.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on June 5, 2023, is AFFIRMED.

A formal opinion will follow. The mandate will issue immediately upon filing of the opinion. The time for filing a petition for rehearing will be fourteen (14) days from the date that the Court's opinion is entered on the docket.

                                                ATTEST:

                                                s/ Patricia S. Dodszuweit
                                                Clerk

Dated: October 31, 2023